UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY JESSIE LAW, | 1:07-cv-00978 AWI TAG  (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| KATHY MENDOZA-POWERS, | (Doc. 12) |
| Respondent. | |
| _____/ | |

On March 26, 2008, Petitioner filed a motion for an extension of time to file his traverse to Respondent's answer in this action. (Doc. 12).  The Court has considered Petitioner's motion, finds that good cause exists to grant it, and makes the following order:

1. Petitioner's motion for an extension of time to file a traverse is GRANTED;

2. Petitioner shall have to and including April 10, 2008 to file a traverse; and

3. This order is made nunc pro tunc to March 26, 2008.

IT IS SO ORDERED.

Dated:  **March 28, 2008**                                         **/s/ Theresa A. Goldner**
                                                                                    UNITED STATES MAGISTRATE JUDGE